**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE FEDERATED MUTUAL FUNDS EXCESSIVE FEE LITIGATION** | 2:04cv352<br>Electronic Filing |
| **GARY M. BAUER,** Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>**FEDERATED EQUITY MANAGEMENT COMPANY OF PENNSYLVANIA,** et al.,<br><br>        Defendants | 2:04cv702<br>Electronic Filing |
| **RANDAL C. BREVER,** for the use and benefit of the **FEDERATED KAUFMANN FUND,**<br><br>        Plaintiff,<br><br>  v.<br><br>**FEDERATED EQUITY MANAGEMENT COMPANY OF PENNSYLVANIA,** et al.,<br><br>        Defendants | 2:04cv855<br>Electronic Filing |
| **GRETCHEN W. REAVES,** for the use and benefit of the **FEDERATED KAUFMANN FUND,**<br><br>        Plaintiff,<br><br>  v.<br><br>**FEDERATED INVESTORS, INC.,** et al.,<br><br>        Defendants | 2:05cv201<br>Electronic Filing |

| | |
|---|---|
| LAWRENCE ZUCKER, on Behalf of Himself and all Others Similarly Situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>FEDERATED SHAREHOLDER SERVICES COMPANY, JOHN F. DONAHUE, J. CHRISTOPHER DONAHUE, LAWRENCE D. ELLIS, THOMAS G. BIGLEY, JOHN T. CONROY, JR., NICHOLAS P. CONSTANTAKIS, JOHN F. CUNNINGHAM, PETER E. MADDEN, CHARLES F. MANSFIELD, JR., JOHN E. MURRAY, JR., MARJORIE P. SMUTS, JOHN S. WALSH and FEDERATED SECURITIES CORP., )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | 2:06cv241<br>Electronic Filing |

## ORDER OF COURT

AND NOW, this 15th day of June, 2007, in accordance with the discussions with and agreements reached among counsel at the case management conference on April 13, 2007, IT IS ORDERED that the parties shall submit to conferences and mediation sessions before the Honorable Nicholas H. Politan, as deemed appropriate by Judge Politan. Counsel shall attempt to employ all reasonable means available to expedite the pretrial preparation necessary to make the efforts at mediation successful, including seeking and giving serious consideration to any guidance Judge Politan is willing to provide. The parties shall report on the progress of their efforts in implementing this order on or before August 31, 2007.

                                                      s/ David Stewart Cercone
                                                      David Stewart Cercone,
                                                      United States District Judge

cc: All Counsel of Record

      The Honorable Nicholas H. Politan
Law Offices of Nicholas H. Politan
6 Becker Farm Rd., 3rd Floor
Roseland, NJ 07068