**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re FEDERATED MUTUAL FUNDS EXCESSIVE FEE LITIGATION   ) ) ) ) | **Electronically Filed**  Consolidated Civ. Action No. 04-352-DSC |

## AGREED MOTION FOR AN EXTENSION OF PRE-TRIAL DEADLINES

By this agreed motion, Defendants respectfully request that the Court extend the pre-trial deadlines set forth in the Court's orders of May 1, 2008, March 27, 2009 and August 3, 2009. In support of their motion, Defendants state the following:

1.  As reported at the November 3, 2009 status conference, the parties met and conferred and agreed upon a two-month extension of the existing Case Management Order in order to provide time for the parties to address discovery issues and to engage in settlement negotiations.

2.  The parties, therefore, request that the Court extend the deadlines set forth in its orders of May 1, 2008, March 27, 2009 and August 3, 2009, as follows:

| **Event** | **Current Deadline** | **Extended Deadline** |
|---|---|---|
| Expert Depositions | November 20, 2009 | January 20, 2010 |
| Pre-trial Stipulation | December 18, 2009 | February 18, 2010 |
| Plaintiffs' Pre-Trial Narrative Statement | January 19, 2010 | March 19, 2010 |
| Plaintiffs' Proposed Findings of Fact and Law and Pre-trial Brief | January 19, 2010 | March 19, 2010 |
| Defendants' Pre-trial Narrative Statement | February 19, 2010 | April 19, 2010 |
| Defendants' Proposed Findings of Fact and Law and Pre-trial Brief | February 19, 2010 | April 19, 2010 |
| Dispositive Motions | March 19, 2010 | May 19, 2010 |

3.     The parties further stipulate that they will hold a settlement conference without a mediator on November 17, 2009, at the offices of Reed Smith in Pittsburgh, Pennsylvania.  After the conclusion of the settlement negotiations, the parties will report to the Court as to the status of those discussions.

4.     In addition, Defendants have agreed to provide Plaintiffs with minutes of the general session meetings of the board of directors for the Federated Funds, redacted solely for attorney client privilege or attorney work product communications, by November 11, 2009, and to provide Plaintiffs with the additional documents they have agreed to produce, other than those covered by third party confidentiality agreements, by December 3, 2009.

WHEREFORE, Defendants respectfully request the Court enter the attached proposed order extending the pre-trial deadlines set forth in the Court's orders of May 1, 2008, March 27, 2009 and August 3, 2009.

Dated:  November 9, 2009                    Respectfully submitted,

REED SMITH LLP

By:    /s/ Joseph E. Culleiton
      Thomas L. Allen, PA 33243
      Perry A. Napolitano, PA 56789
      Joseph E. Culleiton, PA 82823
      James L. Rockney, Jr., PA 200026

      225 Fifth Avenue
      Suite 1200
      Pittsburgh, Pennsylvania 15222
      Telephone: (412) 288-3131
      Facsimile: (412) 288-3063

*Attorneys for Federated Defendants*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing Agreed Motion for An Extension of Pre-Trial Deadlines was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:  November 9, 2009

Respectfully submitted,

REED SMITH LLP

By:   /s/ Joseph E. Culleiton
     Thomas L. Allen, PA 33243
     Perry A. Napolitano, PA 56789
     Joseph E. Culleiton, PA 82823
     James L. Rockney, Jr., PA 200026

     225 Fifth Avenue
     Suite 1200
     Pittsburgh, Pennsylvania 15222
     Telephone: (412) 288-3131
     Facsimile: (412) 288-3063

*Attorneys for Federated Defendants*