**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE FEDERATED MUTUAL FUNDS        )        2:04cv352
EXCESSIVE FEE LITIGATION            )        Electronic Filing

**STATUS CONFERENCE**
**Before Judge David Stewart Cercone**

| | |
|---|---|
| Appear for Plaintiffs: | Janine L. Pollack, Esquire; Guy M. Burns, Esquire; Vincent Coppola, Esquire; Jerome Broadhurst, Esquire; Charles Reaves, Esquire; James Bradley, Esquire; Victor Pribanic, Esquire |
| Appear for Defendants: | Thomas L. Allen, Esquire; Perry A. Napolitano, Esquire; Joseph Culleiton, Esquire |
| Hearing date: | 12/23/2009 |
| Hearing begun: | 3:30 p.m. |
| Hearing concluded: | 3:50 p.m |
| Stenographer: | None |
| Clerk/Deputy Clerk: | Mark W. Mohney |

REMARKS:  A telephone conference was held with counsel.  Plaintiff's counsel reported that after further discussion and consideration, plaintiffs collectively were withdrawing any objection to the court becoming involved in settlement discussions.  The parties stipulated that no aspect of the proceedings to be conducted before the court in pursuit of that goal can be used as grounds for recusal.  Counsel were provided with a general overview of the format/approach typically used in conciliation conferences.  Dates were discussed for the conference and it was agreed that a conciliation conference would be scheduled for 1/5/10 at 10:45 a.m.