

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re FEDERATED MUTUAL FUNDS EXCESSIVE FEE LITIGATION ) ) ) ) | **Electronically Filed**<br><br>Consolidated Civ. Action No. 04-352-DSC |

## COURT ORDER

AND NOW, this **3rd** day of **February** 2010, upon having considered Defendants' unopposed motion for an extension of pre-trial deadlines, IT IS ORDERED that the pre-trial deadlines set forth in this Court's orders of May 1, 2008, March 27, 2009, August 3, 2009 and November 16, 2009, be extended as follows:

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Pre-trial Stipulation | February 18, 2010 | 30 days after decision rendered in Jones v. Harris |
| Plaintiffs' Pre-Trial Narrative Statement | March 19, 2010 | 60 days after decision rendered in Jones v. Harris |
| Plaintiffs' Proposed Findings of Fact and Law and Pre-trial Brief | March 19, 2010 | 60 days after decision rendered in Jones v. Harris |
| Defendants' Pre-trial Narrative Statement | April 19, 2010 | 90 days after decision rendered in Jones v. Harris |
| Defendants' Proposed Findings of Fact and Law and Pre-trial Brief | April 19, 2010 | 90 days after decision rendered in Jones v. Harris |
| Dispositive Motions | May 19, 2010 | 120 days after decision rendered in Jones v. Harris |

In all other aspects, this Court's order of May 1, 2008, remains unchanged.

Dated: **2/3**, 2010

BY THE COURT:

_____
United States District Judge