IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re FEDERATED MUTUAL FUNDS EXCESSIVE FEE LITIGATION | Consolidated No. 04-cv-352-DSC |

**SUGGESTION OF DEATH OF JAMES J. MONAHAN, AND NOTICE OF CONTINUATION OF THIS ACTION THROUGH HIS SURVIVING WIDOW, NINA I. MONAHAN**

Plaintiffs, pursuant to Fed.R.Civ.P. 25(a)(2), notify the Court and the parties of the death of Plaintiff James J. Monahan. Mr. Monahan and his wife, Nina M. Monahan, were originally both Plaintiffs in this action by virtue of their ownership of shares in the Federated Kaufman Fund, which ownership was as joint tenants with right of survivorship. Those Federated Kaufman Fund shares are now the sole property of Mrs. Monahan by operation of law, and all rights and causes of action previously existing in Mr. Monahan survive with her.

Respectfully submitted,

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

By: /s/ Guy M. Burns

Guy M. Burns (*Pro Hac Vice*)
Jonathan S. Coleman (*Pro Hac Vice*)
403 E. Madison Street, Suite 400
Tampa, FL 33602
P: 813-225-2500
F: 813-223-7118
Email: guyb@jpfirm.com
jonathanc@jpfirm.com

**Attorneys for Plaintiff Monahan**

**Additional Attorneys for Plaintiffs:**

**STEMBER FEINSTEN**
**DOYLE & PAYNE, LLC**
Ellen M. Doyle, Esq.
Allegheny Bldg 17th Floor
429 Forbes Ave
Pittsburgh, PA 15219
P: 412.281.8400
F: 412.232.3730
Email: edoyle@stemberfeinstein.com

**RICHARDSON, PATRICK,**
**WESTBROOK & BRICKMAN, LLC**
Michael Brickman, Esq.
James C. Bradley, Esq.
Nina H. Fields, Esq.
174 E Bay St
Charleston SC 29401
P: 843.727.6500
F: 843.881.6183
Email: mbrickman@rpwb.com
jbradley@rpwb.com
nfields@rpwb.com

**KELLER ROHRBACK, LLP**
Lynn Lincoln Sarko, Esq.
Michael D. Woerner, Esq.
Laura Gerber, Esq.
1201 Third Ave Ste 3200
Seattle WA 98101-3052
P: 206.224.7437
F: 206.623.3384
Email: lsarko@kellerrohrback.com
mwoerner@kellerrohrback.com
lgerber@kellerrohrback.com
**Attorneys for Plaintiffs Bauer, Burres, Cooper, Monahan, Neit – Nos. 2:04-702 & 2:04-855**

**MILBERG LLP**
Jerome M. Congress, Esq.
Janine L. Pollack, Esq.
One Pennsylvania Plaza, 48th Floor
New York, NY 10119-0165
P: 212.946.9376
F: 212.273.4388
Email: jcongress@milbergweiss.com

jpollack@milbergweiss.com

**LAW OFFICES OF ALFRED G. YATES, JR., PC**
Alfred G. Yates, Jr., Esq.
Gerald L. Rutledge, Esq.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh PA 15219
P: 412.391.5164
F: 412.471.1033
Email: yateslaw@aol.com

**BROWER PIVEN, A PROFESSIONAL CORPORATION**
Charles J. Piven, Esq.
Marshall N. Perkins, Esq.
1925 Old Valley Road
Stevenson, MD 21153
P: 410.332.0030
F: 410.685.1300
Email: Piven@browerpiven.com
marshall@browerpiven.com

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Marc A. Topaz, Esq.
Michael Yarnoff, Esq.
280 King of Prussia Rd
Radnor PA 19087
P: 215.667.7706
Email: mtopaz@sbtklaw.com
myarnoff@sbtklaw.com
Ecf_filings@sbtklaw.com
**Attorneys for Plaintiff In re Federated Mutual Funds Excessive Fee – No. 2:04-352**

**APPERSON, CRUMP & MAXWELL PLC**
Charles D. Reaves, Esq.
Jerome A. Broadhurst, Esq.
6070 Poplar Ave, 6th Floor
Memphis TN 38119-3954
Email: creaves@appersoncrump.com
jbroadhurst@appersoncrump.com
**Attorneys for Plaintiff Gretchen W. Reaves – No. 2:05-201**

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
Jeffrey C. Block, Esq.
Leslie R. Stern, Esq.
One Liberty Square 8th Fl
Boston, MA 02109
Email: jblock@bermanesq.com
lstern@bermanesq.com

**ZIMMERMAN LEVI & KORSINSKY, LLP**
Eduard Korsinsky, Esq.
Pamela Lynam Mahon, Esq.
39 Broadway Ste 1601
New York, NY 10006
Email: ed@zlk.com
pmahon@zlk.com

**PRIBANIC & PRIBANIC**
Vincent Coppola, Esq.
513 Court Place
Pittsburgh, PA 15219
Email: vcoppola@pribanic.com
**Attorneys for Plaintiff Lawrence Zucker – No. 2:06-241**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **Suggestion of Death of James J. Monahan, and Notice of Continuation of This Action Through His Surviving Widow, Nina I. Monahan** was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: March 5, 2010

Respectfully submitted,

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

By: /s/ Guy M. Burns
Attorneys for Plaintiff Monahan

#134694