**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re FEDERATED MUTUAL FUNDS EXCESSIVE FEE LITIGATION | Consolidated No. 2:04-cv-352-DSC |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO FILE PRETRIAL PLEADINGS**

Plaintiffs respectfully move the Court for an extension to file their pretrial pleadings, currently due June 1, 2010, to afford the Plaintiffs an opportunity to comply with this Court's procedures regarding filing documents under seal. In support of their motion, Plaintiffs state as follows:

1.     Pursuant to the Court's Case Management Order, as most recently amended on February 3, 2010, Plaintiffs pretrial pleadings are currently due June 1, 2010.

2.     Plaintiffs' pretrial pleadings will contain extensive materials designated as "Confidential" pursuant to this Court's March 23, 2007 Stipulated Protective Order.

3.     Plaintiffs will serve Defendants with their pretrial pleadings by the current deadline of June 1, 1010. However, Plaintiffs request an extension to file the documents with the Court in order to comply with this Court's procedures regarding filing documents under seal, and to afford the parties an opportunity to confer regarding materials to be filed under seal. Plaintiffs propose the following procedure:

   a. Plaintiffs will file a motion for leave to file their pretrial pleadings under seal by June 4, 2010.

   b. The deadline for filing the Plaintiffs' pretrial pleading is extended to 2 days following this Court's ruling on Plaintiffs' motion for leave to file their pretrial pleading under seal.

1

    c.  The extension will not otherwise alter the Court's Case Management Order, as amended.

4.    Plaintiffs have conferred with Defendants, who have consented to this motion.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order granting Plaintiffs' motion for an extension to file their pretrial pleadings under the procedure set forth above.

Respectfully submitted,

   /s/ James C. Bradley                 
James C. Bradley (*Pro Hac Vice*)
Michael J. Brickman (*Pro Hac Vice*)
Nina H. Fields (*Pro Hac Vice*)
Richardson, Patrick, Westbrook & Brickman, LLC
1017 Chuck Dawley Blvd. (29464)
Post Office Box 1007
Mount Pleasant, South Carolina 29465
Phone:  843-727-6500
Fax:  843-881-6183
Email:  jbradley@rpwb.com
       mbrickman@rpwb.com
       nfields@rpwb.com
**Attorneys for Plaintiffs**

Dated: May 26, 2010

**Additional Attorneys for Plaintiffs:**
Ellen M. Doyle
Stember Feinstein Doyle & Payne, LLC
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, Pennsylvania  15219
Phone:  412.281.8400
Fax: 412.232.3730
Email:  edoyle@stemberfeinstein.com

Guy M. Burns
Jonathan Coleman
Johnson, Pope, Bokor, Ruppel & Burns, LLP
403 East Madison Street, Suite 400
Tampa, Florida  33602
Phone:  813.225.2500
Fax:  813.223.7118
Email:  guyb@jpfirm.com
        jonathanc@jpfirm.com

Michael D. Woerner
Laura Gerber
Keller Rohrback, PLC
1201 3rd Avenue, Suite 3200
Seattle, Washington  98101
Phone:  206.224.7437
Email:  mwoerner@kellerrohrback.com
        lgerber@kellerrohrback.com
**Attorneys for Plaintiffs Bauer, Burres, Cooper, Monahan, Neit – Nos. 2:04-702 & 2:04-855**

Janine L. Pollack
Jerry Congress
Anna C. Dover
Milberg LLP
One Pennsylvania Plaza, 48th Floor
New York, New York 10119-0165
Phone:  212.946.9376
Fax: 212.273.4388
Email: jpollack@milberg.com
        jcongress@milberg.com
        adover@milberg.com

Alfred G. Yates, Jr.
Gerald L. Rutledge
Law Office of Alfred G. Yates, Jr., PC
429 Forbes Avenue
519 Allegheny Building
Pittsburg, Pennsylvania 15219
Phone: 412.391.5164
Fax: 412.471.1033
Email: yateslaw@aol.com

Charles J. Piven
Brower Piven, PC
The World Trade Center – Baltimore
401 East Pratt Street, Suite 2525
Baltimore, Maryland 21202
Email: piven@browerpiven.com

Marc A. Topaz
Michael Yarnoff
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
Phone: 610.667.7706
Email: mtopaz@sbtklaw.com
         myarnoff@sbtklaw.com
**Attorneys for Plaintiff In re Federated Mutual Funds Excessive Fee – No. 2:04-352**

Charles Durham Reaves
Jerome A. Broadhurst
Apperson, Crump & Maxwell, PLC
6070 Poplar Avenue, Sixth Floor
Memphis, Tennessee 38119-3954
Email:  creaves@appersoncrump.com
         jbroadhurst@appersoncrump.com
**Attorneys for Plaintiff Gretchen W. Reaves – No. 2:05-201**

Jeffrey C. Block
Leslie R. Stern
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square, 8th Floor
Boston, Massachusetts 02109
Email:  jblock@bermanesq.com
          lstern@bermanesq.com

Eduard Korsinsky
Juan E. Monteverde
Zimmerman Levi & Korsinsky, LLP
39 Broadway, Suite 1601
New York, New York 10006
Email: ek@zlk.com
          jmonteverde@zlk.com

Vincent Coppola
Pribanic & Pribanic
513 Court Place
Pittsburgh, Pennsylvania 15219
Email: vcoppola@pribanic.com
**Attorneys for Plaintiff Lawrence Zucker – No. 2:06-241**

## CERTIFICATE OF SERVICE

The undersigned attorney of record hereby certifies that they caused a true and correct copy of the above and foregoing pleading to be served via email transmission and U.S. Mail, upon:

Thomas L. Allen
Perry A. Napolitano
Joseph E. Culleiton
James L. Rockney
Reed Smith, LLP
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, Pennsylvania 15222
Phone:  412.288.3131
Fax:  412.288.3063
Email:  tallen@reedsmith.com
        pnapolitano@reedsmith.com
        jculleiton@reedsmith.com
        jrockney@reedsmith.com

James N. Benedict
Sean M. Murphy
James G. Cavoli
Christopher Neil Gray
Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, New York 10005-1413
Phone: 212.530.5000
Fax: 212.530.5219
Email: jbenedict@milbank.com
        smurphy@milbank.com
        jcavoli@milbank.com
        cngray@milbank.com

**Attorneys for Defendants**

            /s/ James C. Bradley
        James C. Bradley, Esquire
        Attorney for the Plaintiffs

Dated: May 26, 2010