**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE FEDERATED MUTUAL FUNDS | ) | 2:04cv352 |
| EXCESSIVE FEE LITIGATION | ) | **Electronic Filing** |

## ORDER OF COURT

AND NOW, this 29th day of June, 2010, upon consideration of Defendants' unopposed Motion for an Extension of Time to File Pre-Trial Pleadings (**Document 209**)

IT IS HEREBY ORDERED that the motion for extension is **GRANTED**. Defendants' pre-trial pleadings shall be served on **July 2, 2010**.

                                                  s/ David Stewart Cercone
                                                  David Stewart Cercone
                                                  United States District Judge

cc:    Counsel of Record