**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re FEDERATED MUTUAL FUNDS EXCESSIVE FEE LITIGATION | ) ) ) ) Consolidated No. 2:04-cv-352-DSC |

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

REED SMITH LLP
  Thomas L. Allen, PA 33243
  Perry A. Napolitano, PA 56789
  Joseph E. Culleiton, PA 82823
  James L. Rockney, Jr., PA 200026
225 Fifth Avenue, Suite 1200
Pittsburgh, Pennsylvania 15222
(412) 288-3131

MILBANK, TWEED, HADLEY & McCLOY LLP
  James N. Benedict, *Pro Hac Vice*
  Sean M. Murphy, *Pro Hac Vice*
  James G. Cavoli, *Pro Hac Vice*
  C. Neil Gray, *Pro Hac Vice*
  Andrew W. Robertson
  Michael B. Weiner
One Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000

*Attorneys for Defendants*

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants hereby move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, that partial summary judgment enter in Defendants' favor, dismissing Plaintiffs' claim under Section 36(b) of the Investment Company Act of 1940, 15 U.S.C. § 80a-35(b), insofar as it relates to any period other than June 25, 2003 to January 17, 2006, and June 11, 2007 to June 11, 2008.

In support of this motion, Defendants refer the Court to the following documents being filed herewith:

1. Memorandum of Law in Support of Motion for Partial Summary Judgment;

2. LCvR 56.B.1 Concise Statement of Material Facts; and

3. Appendix to Motion for Partial Summary Judgment.

WHEREFORE, Defendants respectfully request that partial summary judgment enter in Defendants' favor, dismissing Plaintiffs' claim insofar as it relates to any period other than June 25, 2003 to January 17, 2006, and June 11, 2007 to June 11, 2008.  Defendants also request such other and further relief as the Court deems just and proper.

Dated: Pittsburgh, Pennsylvania
      July 28, 2010

                Respectfully submitted,

                REED SMITH LLP

                By: s/ Joseph E. Culleiton
                    Thomas L. Allen, PA 33243
                    Perry A. Napolitano, PA 56789
                    Joseph E. Culleiton, PA 82823
                    James L. Rockney, Jr., PA 200026
                225 Fifth Avenue, Suite 1200
                Pittsburgh, Pennsylvania  15222
                Telephone:  (412) 288-3131
                Facsimile:  (412) 288-3063

                and

                MILBANK, TWEED, HADLEY & McCLOY LLP
                    James N. Benedict, *Pro Hac Vice*
                    Sean M. Murphy, *Pro Hac Vice*
                    James G. Cavoli, *Pro Hac Vice*
                    C. Neil Gray, *Pro Hac Vice*
                    Andrew W. Robertson
                    Michael B. Weiner
                One Chase Manhattan Plaza
                New York, New York  10005
                Telephone:  (212) 530-5000
                Facsimile:  (212) 530-5219

                *Attorneys for Federated Defendants*

**CERTIFICATE OF SERVICE**

  I, Joseph E. Culleiton, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 28, 2010.

                   s/ Joseph E. Culleiton