UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re FEDERATED MUTUAL FUNDS EXCESSIVE FEE LITIGATION | Consolidated No. 2:04-cv-352-DSC |

## COURT ORDER

AND NOW, this 9th day of August 2010, upon having considered Plaintiffs' motion for leave to file Proposed Counter Findings of Fact and Conclusions of Law, IT IS ORDERED that said motion is GRANTED.

Dated: August 9, 2010

BY THE COURT:

_____
United States District Judge