IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE FEDERATED MUTUAL FUNDS | ) | 2:04cv352 |
| EXCESSIVE FEE LITIGATION | ) | Electronic Filing |

## ORDER OF COURT

AND NOW, this 23rd day of March, 2011, the court having confirmed with counsel that a settlement has been reached as to all aspects of plaintiffs' complaint and the only remaining matter is the submission of a stipulation for settlement and discontinuance; therefore, with no further action being required by the court at this time, the following order is entered:

IT IS ORDERED that the Clerk of Court mark the above case closed.

Nothing contained in this order shall be construed as a final dismissal or disposition of this case and should further proceedings in it become necessary, any party may initiate the appropriate course of action in the same manner as if this order had not been entered.

Jurisdiction is retained over the completion and implementation of the settlement agreement.

s/ David Stewart Cercone
David Stewart Cercone
United States District Judge

cc:    Counsel of Record

       Via: CM/ECF Electronic Filing