IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re FEDERATED MUTUAL FUNDS EXCESSIVE FEE LITIGATION ) ) ) ) | No. 2:04cv352-DSC<br><br>**Electronically Filed** |

## ORDER

AND NOW, this 2nd day of May, 2011, upon having considered the Joint Stipulation and Rule 41(a)(1)(ii) Voluntary Dismissal, the Court hereby approves the forgoing joint stipulation and the voluntary dismissal of this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). The settlement reached between the parties is fair and reasonable and was the result of arm's length bargaining.

IT IS SO ORDERED.

                                                         s/ David Stewart Cercone
                                                         David Stewart Cercone
                                                         United States District Judge